**E-filed 2/15/08**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| CONCEPCION I. VEGA, | Case Number C-07-4029-JF |
| Petitioner, | ORDER TO SHOW CAUSE |
| v. | |
| SCHELIA A. CLARK, Warden, Federal Corrections Institution, | |
| Respondent. | |

Defendant, a prisoner in federal custody, has filed a Motion to Vacate, Set Aside or Modify Sentence pursuant to 28, U.S.C. § 2241, IT IS ORDERED as follows:

(1) The Clerk of the Court shall serve a copy of the Motion and a copy of this Order upon counsel for Plaintiff, the Office of the United States Attorney, Northern District of California and serve a copy of this Order on Defendant.

(2) Plaintiff shall, in writing and within thirty (30) days after receiving this Order, file an opposition to the Motion showing cause why the Motion should not be granted.

Case No. C-07-4029-JF
ORDER TO SHOW CAUSE
(JFLC2)

1   (3)   Defendant may file a reply within twenty (20) days after receiving the opposition.

2   (4)   Unless otherwise ordered by the Court, the matter will be deemed submitted upon

3         the filing of the reply or upon the expiration of time to file a reply.

6   DATED:   2/15/08

                                    _____
                                    JEREMY FOGEL
                                    United States District Judge

2

Case No. C-07-4029-JF
ORDER TO SHOW CAUSE
(JFLC2)

Copies of Order to:

Concepcion I. Vega
62731-097
Federal Detention Center-Camp Park
5675 8th St.
Dublin, CA 94568

Office of the Attorney General
455 Golden Gate Ave., Ste. 11000
San Francisco, CA 94102-3664

3

Case No. C-07-4029-JF
ORDER TO SHOW CAUSE
(JFLC2)