JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
Assistant United States Attorney

DENNIS M. WONG (CSBN 173951)
Special Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (925)803-4760
FAX: (415) 436-6748
Email: dwong@bop.gov

Attorneys for Federal Respondent

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CONCEPCION I. VEGA,<br><br>    Petitioner,<br><br>    v.<br><br>SCHELIA A. CLARK, Warden,<br><br>    Respondent. | No. 07-CV-04029-JF<br>E-FILING CASE<br><br>DECLARATION OF BOBBI BUTLER |

Declaration of Bobbi Butler
*Vega v. Clark*, 07-CV-04029-JF                    1

I, Bobbi Butler, do declare and state the following:

1. I work in the Correctional Programs department for the Western Region, Federal Bureau of Prisons (BOP), United States Department of Justice. Among other functions, the Correctional Programs department is responsible for working with each institution within the Western Region to provide assistance with issues regarding the designation and placement of inmates. The Western Region includes the states of California, Alaska, Arizona, Nevada, Utah, Oregon, Idaho, Montana, Washington, Hawaii and Wyoming. As part of my duties, I am familiar with the records compiled by the BOP and have access thereto.

2. My duties include providing guidance on designation matters like placements to Residential Reentry Centers ("RRC"). RRCs were formerly referred to as community corrections centers, which are more commonly known as halfway houses. Moving an inmate to a RRC is no different than transferring an inmate from one BOP location to another. The BOP exercises its judgement to place inmates accordingly during the service of their sentence, and such placements may include transfers to a RRC. Such transfers to a RRC are controlled by various BOP policies and federal regulations, such as Program Statement 7310.04, *Community Corrections Center (CCC) Utilization and Transfer Procedure* (available at www.bop.gov), and 28 C.F.R. § 570.21. BOP decisions about an inmate's RRC placement do not affect the length of sentence.

3. Based on my familiarity with and access to BOP records, I provide copies to requesting Department of Justice employees in the ordinary course of business. In this case, I obtained a copy of the Public Information Inmate Data printout for former inmate Concepcion Vega, Register No. 62731-097, which is generated from the BOP inmate database called SENTRY, a true and correct copy of which is attached as Exhibit 1. Exhibit 1 lists various information about a specific inmate that is considered by the BOP to be releasable to the general public. From Exhibit 1, I can ascertain that Ms. Vega was eventually designated and sent to the Federal Prison Camp ("FPC") at Dublin, California, on March 1, 2007, and that her pre-release preparation date, which equates to the point where she begins to serve the last 10% of her sentence, was December 8, 2007. Exhibit 1 also indicates that Ms. Vega was admitted to a RRC on December 10, 2007,

Declaration of Bobbi Butler
*Vega v. Clark*, 07-CV-04029-JF                    2

and that she was released from BOP custody on January 8, 2008. As a result, Ms. Vega is no longer in the custody and control of the BOP.

I declare under the penalty of perjury, pursuant to Title 28, United States Code, Section 1746, that the foregoing is true and correct to the best of my information, knowledge and belief. Executed this 10th day of March, 2008, at Dublin, California.

Bobbi Butler
Correctional Programs Specialist

Declaration of Bobbi Butler
*Vega v. Clark*, 07-CV-04029-JF                        3

# Exhibit 1

Public Information Inmate Data sheet for inmate Concepcion Vega, Reg. No. 62731-097

```
  WXRD3     Case 5:07-cv-04029-JF    PUBLIC INFORMATION 03/11/2008  Page 5 of 11 02-26-2008
 PAGE 001           *                Document 3-2 Filed          *        11:34:06
                                        INMATE DATA
                                     AS OF 02-26-2008
```

```
REGNO..: 62731-097   NAME: VEGA, CONCEPCION IRMA
COMP NO: 010         ALL CURR COMPS(Y/N): Y    ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS         RESP OF: CSC / GOOD CONDUCT TIME RELEASE
                     PHONE..: 916-930-2010    FAX: 916-930-2008
                                              RACE/SEX...: WHITE / FEMALE
                                              AGE: 34

ACTUAL RELEASE METH.: GCT REL
ACTUAL RELEASE DATE.: 01-08-2008
-------------------------------- ADMIT/RELEASE HISTORY --------------------------------
```

| FCL | ASSIGNMENT | DESCRIPTION | START DATE/TIME | STOP DATE/TIME |
|---|---|---|---|---|
| CSC | GCT REL    | GOOD CONDUCT TIME REL (CCCA)  | 01-08-2008 0010 | CURRENT |
| CSC | A-DES      | DESIGNATED, AT ASSIGNED FACIL | 12-10-2007 1630 | 01-08-2008 0010 |
| 4-I | RELEASE    | RELEASED FROM IN-TRANSIT FACL | 12-10-2007 1930 | 12-10-2007 1930 |
| 4-I | A-ADMIT    | ADMITTED TO AN IN-TRANSIT FACL | 12-10-2007 1255 | 12-10-2007 1930 |
| DUB | FURL TRANS | FURL W/UNESCORTED TRF TO A CCC | 12-10-2007 0955 | 12-10-2007 0955 |
| DUB | A-DES      | DESIGNATED, AT ASSIGNED FACIL | 03-01-2007 1345 | 12-10-2007 0955 |
| 9-L | RELEASE    | RELEASED FROM IN-TRANSIT FACL | 03-01-2007 1645 | 03-01-2007 1645 |
| 9-L | A-ADMIT    | ADMITTED TO AN IN-TRANSIT FACL | 02-01-2007 1216 | 03-01-2007 1645 |

```
G0002          MORE PAGES TO FOLLOW . . .
```

```
REGNO..: 62731-097 NAME: VEGA, CONCEPCION IRMA
COMP NO: 010         ALL CURR COMPS(Y/N): Y   ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS         RESP OF: CSC / GOOD CONDUCT TIME RELEASE
                     PHONE..: 916-930-2010   FAX: 916-930-2008
DSC   ADMIN REL   ADMINISTRATIVE RELEASE          02-01-2007 1116 02-01-2007 1116
DSC   A-ADMIN     ADMINISTRATIVE ADMISSION        02-01-2007 1114 02-01-2007 1116




G0002       MORE PAGES TO FOLLOW . . .
```

```
REGNO..: 62731-097 NAME: VEGA, CONCEPCION IRMA
COMP NO: 010         ALL CURR COMPS(Y/N): Y    ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS         RESP OF: CSC / GOOD CONDUCT TIME RELEASE
                     PHONE..: 916-930-2010   FAX: 916-930-2008
PRE-RELEASE PREPARATION DATE: 12-08-2007

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S PRIOR COMMITMENT.
THE INMATE WAS SCHEDULED FOR RELEASE:  01-08-2008 VIA GCT REL

-----------------------------PRIOR JUDGMENT/WARRANT NO: 010 -----------------------

COURT OF JURISDICTION...........: CALIFORNIA, EASTERN DISTRICT
DOCKET NUMBER...................: 1:06CR00042-002
JUDGE...........................: ISHII
DATE SENTENCED/PROBATION IMPOSED: 01-16-2007
DATE COMMITTED..................: 03-01-2007
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO

G0002        MORE PAGES TO FOLLOW . . .
```

```
REGNO..: 62731-097  NAME: VEGA, CONCEPCION IRMA
COMP NO: 010         ALL CURR COMPS(Y/N): Y    ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS         RESP OF: CSC / GOOD CONDUCT TIME RELEASE
                     PHONE..: 916-930-2010    FAX: 916-930-2008

                   FELONY ASSESS  MISDMNR ASSESS   FINES            COSTS
NON-COMMITTED.:    $100.00        $00.00           $00.00           $00.00

RESTITUTION...:  PROPERTY:  NO    SERVICES:  NO        AMOUNT:  $00.00

---------------------------------PRIOR OBLIGATION NO: 010 ---------------------------
OFFENSE CODE....:  116
OFF/CHG: 18:4 MISPRISION OF FELONY

  SENTENCE PROCEDURE..............: 3559 PLRA SENTENCE
  SENTENCE IMPOSED/TIME TO SERVE.:   12 MONTHS      1 DAYS
  TERM OF SUPERVISION.............:   12 MONTHS


G0002       MORE PAGES TO FOLLOW . . .
```

```
REGNO..: 62731-097 NAME: VEGA, CONCEPCION IRMA
COMP NO: 010       ALL CURR COMPS(Y/N): Y    ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS       RESP OF: CSC / GOOD CONDUCT TIME RELEASE
                   PHONE..: 916-930-2010   FAX: 916-930-2008
 DATE OF OFFENSE................: 01-26-2006

---------------------------------PRIOR COMPUTATION NO: 010 -------------------------

COMPUTATION 010 WAS LAST UPDATED ON 03-05-2007 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 03-07-2007 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
PRIOR COMPUTATION 010:    010 /010

DATE COMPUTATION BEGAN..........: 03-01-2007
TOTAL TERM IN EFFECT............:     12 MONTHS        1 DAYS
TOTAL TERM IN EFFECT CONVERTED..:      1 YEARS         1 DAYS
EARLIEST DATE OF OFFENSE........: 01-26-2006

G0002        MORE PAGES TO FOLLOW . . .
```

```
REGNO..: 62731-097 NAME: VEGA, CONCEPCION IRMA
COMP NO: 010       ALL CURR COMPS(Y/N): Y   ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS       RESP OF: CSC / GOOD CONDUCT TIME RELEASE
                   PHONE..: 916-930-2010    FAX: 916-930-2008
```

JAIL CREDIT.....................:   FROM DATE    THRU DATE
                                    01-27-2006   02-01-2006

TOTAL PRIOR CREDIT TIME.........: 6
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 47
TOTAL GCT EARNED................: 0
STATUTORY RELEASE DATE PROJECTED: 01-08-2008
SIX MONTH /10% DATE.............: N/A
EXPIRATION FULL TERM DATE.......: 02-24-2008


ACTUAL SATISFACTION DATE........: 01-08-2008

G0002         MORE PAGES TO FOLLOW . . .

```
REGNO..: 62731-097 NAME: VEGA, CONCEPCION IRMA
COMP NO: 010        ALL CURR COMPS(Y/N): Y   ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS        RESP OF: CSC / GOOD CONDUCT TIME RELEASE
                    PHONE..: 916-930-2010   FAX: 916-930-2008
ACTUAL SATISFACTION METHOD......: GCT REL
ACTUAL SATISFACTION FACILITY....: CSC
ACTUAL SATISFACTION KEYED BY....: EMS

DAYS REMAINING..................: 47
FINAL PUBLIC LAW DAYS...........: 0




S0039       ALL CURRENT COMPS ARE SATISFIED
```