JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
Assistant United States Attorney

DENNIS M. WONG (CSBN 173951)
Special Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (925)803-4760
   FAX: (415) 436-6748
   Email: dwong@bop.gov

Attorneys for Federal Respondent

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CONCEPCION I. VEGA, ) | No. 07-CV-04029-JF |
| ) | E-FILING CASE |
| Petitioner, ) | |
| ) | DECLARATION OF CECILIA BURKS |
| v. ) | |
| ) | |
| SCHELIA A. CLARK, Warden, ) | |
| ) | |
| Respondent. ) | |

Declaration of Cecilia Burks
*Vega v. Clark,* 07-CV-04029-JF       1

I, Cecilia Burks, do declare and state the following:

1.  I am the Correctional Programs Secretary and Administrative Remedy Clerk employed by the Federal Bureau of Prisons ("BOP"), in the Correctional Programs Department. I have held the Correctional Program Secretary position since November of 2001, and Administrative Remedy Clerk position since April 2006. As part of my duties, I am familiar with the records compiled by the BOP and have access thereto. I am trained and have access to various BOP databases, including those dealing with administrative remedies.

2.  The Administrative Remedy Program is a system by which inmates can complain about almost any aspect of their confinement. Procedural guidelines are spelled out in BOP policy, Program Statement 1330.16, Administrative Remedy Program, which is available at www.bop.gov and in all BOP inmate law libraries. The procedure requires that the inmate first present his complaint to the institution staff (BP-9's). The Warden of that institution then responds to the BP-9. If dissatisfied with the response at that level, the inmate may appeal his complaint to the Regional Director (BP-10's). The Regional Director then responds to the inmate's BP-10. If dissatisfied with the Regional Director's response, the inmate may finally appeal to the General Counsel's Office in the Central Office of the BOP (BP-11's). The National Inmate Appeals Administrator responds to the inmate's BP-11. An inmate has not exhausted his administrative remedies until he has filed his complaint at all three levels and has been denied at all three levels. *See* 28 C.F.R. § 542.10 *et seq*.

3.  I have personally reviewed the Administrative Remedy logs ("logs") maintained on the SENTRY Computer system. This is a national database which includes all administrative grievance filings made by inmates incarcerated in BOP facilities.

4.  My review of the logs shows that during her incarceration with the BOP, former inmate Concepcion Vega, Register No. 62731-097, did not file any requests for administrative remedies at any level. A true and correct copy of the administrative remedy logs for Ms. Vega is attached as Exhibit 1. Consequently, Ms. Vega has not exhausted her available administrative

Declaration of Cecilia Burks
*Vega v. Clark,* 07-CV-04029-JF                    2

remedies on any issue.

I declare under the penalty of perjury, pursuant to Title 28, United States Code, Section 1746, that the foregoing is true and correct to the best of my information, knowledge and belief.

Executed this 11 day of March, 2008, at Dublin, California.


*[signature]*
Cecilia Burks
Administrative Remedy Clerk

Declaration of Cecilia Burks
*Vega v. Clark*, 07-CV-04029-JF                    3

# Exhibit 1

Administrative Remedy Log for inmate Concepcion Vega, Reg. No. 62731-097

```
 WXRD3              * ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *     03-03-2008
PAGE 001 OF 001                                                         12:30:19
       FUNCTION: LST  SCOPE: REG   EQ 62731-097    OUTPUT FORMAT: FULL_____
-------LIMITED TO SUBMISSIONS WHICH MATCH ALL LIMITATIONS KEYED BELOW----------
DT RCV: FROM _____   THRU _____   DT STS: FROM _____   THRU _____
DT STS: FROM ____ TO ____ DAYS BEFORE "OR" FROM ____ TO ____ DAYS AFTER DT RDU
DT TDU: FROM ____ TO ____ DAYS BEFORE "OR" FROM ____ TO ____ DAYS AFTER DT TRT
STS/REAS: _____ _____ _____ _____ _____ _____ _____ _____ _____ _____
SUBJECTS: ____ ____ ____ ____ ____ ____ ____ ____ ____ ____
EXTENDED: _ REMEDY LEVEL: _ _            RECEIPT: _ _ _  "OR" EXTENSION: _ _ _
RCV  OFC : EQ _____      _____      _____      _____      _____      _____
TRACK: DEPT:  _____ _____ _____ _____ _____ _____
       PERSON: ____      ____       ____       ____       ____       ____
       TYPE:   ____      ____       ____       ____       ____       ____
EVNT FACL: EQ _____      _____      _____      _____      _____      _____
RCV FACL.: EQ _____      _____      _____      _____      _____      _____
RCV UN/LC: EQ _____    _____    _____    _____    _____    _____
RCV QTR..: EQ _____    _____    _____    _____    _____    _____
ORIG FACL: EQ _____      _____      _____      _____      _____      _____
ORG UN/LC: EQ _____    _____    _____    _____    _____    _____
ORIG QTR.: EQ _____    _____    _____    _____    _____    _____


G5152        NO REMEDY DATA EXISTS FOR THIS INMATE
```