JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
Assistant United States Attorney

DENNIS M. WONG (CSBN 173951)
Special Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (925)803-4760
   FAX: (415) 436-6748
   Email: dwong@bop.gov

Attorneys for Federal Respondent

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CONCEPCION I. VEGA, )<br>)<br>    Petitioner, )<br>)<br>  v. )<br>)<br>SCHELIA A. CLARK, Warden, )<br>)<br>    Respondent. )<br>_____ ) | No. 07-CV-04029-JF<br>E-FILING CASE<br><br>[PROPOSED] ORDER TO DISMISS CASE [AS MOOT] [FOR FAILURE TO EXHAUST ADMINISTRATIVE REMEDIES] |

1   After review of the files and materials in this case, [particularly the fact that Petitioner
2   was released from Bureau of Prisons custody on January 8, 2008], this Court hereby grants
3   Respondent's motion to dismiss this case as [Petitioner's habeas corpus is now moot, as there is
4   no meaningful relief this Court can now grant] [Petitioner has not exhausted available
5   administrative remedies as required under 42 U.S.C. § 1997e(a)].

7   IT IS SO ORDERED.

9   Dated: _____, 2008          By: _____
10                                              THE HONORABLE JEREMY FOGEL
                                                United States District Judge

[Proposed] Order To Dismiss Case
07-CV-04029-JF                        2