1 | JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

2 | JOANN M. SWANSON (CSBN 88143)
3 | Chief, Civil Division
Assistant United States Attorney

4 | DENNIS M. WONG (CSBN 173951)
5 | Special Assistant United States Attorney

6 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
7 | Telephone: (925)803-4760
FAX: (415) 436-6748
8 | Email: dwong@bop.gov

9 | Attorneys for Federal Respondent

RECEIVED
MAR 27 2008
LEGAL
Western Regional Office

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

CONCEPCION I. VEGA,                )   No. 07-CV-4029-JF
                                    )
        Petitioner,                 )   STIPULATION AND [PROPOSED
                                    )   ORDER] TO DISMISS THIS CASE AS
    v.                              )   MOOT
                                    )
SCHELIA A. CLARK, Warden,           )
                                    )
        Respondent.                 )
_____)

Stipulation and [Proposed Order] to Dismiss This Case Moot
07-CV-4029-JF                                         1

The Respondent, Schelia A. Clark, by and through her counsel, and pro se Petitioner, Concepcion I. Vega, hereby stipulate as follows:

1. That this case should be dismissed as moot as petitioner Vega was released from Bureau of Prisons custody on January 8, 2008.

IT IS SO STIPULATED.

DATED: 3/14/08          BY: _____
                            CONCEPCION I. VEGA
                            *Pro Se Petitioner*

DATED: 3/10/08          BY: _____
                            DENNIS M. WONG
                            Special Assistant U.S. Attorney
                            Attorney for the Respondent

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____  BY: _____
                            JEREMY FOGEL
                            United States District Judge