JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
Assistant United States Attorney

DENNIS M. WONG (CSBN 173951)
Special Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (925)803-4760
FAX: (415) 436-6748
Email: dwong@bop.gov

Attorneys for Federal Respondent

RECEIVED
MAR 27 2008
LEGAL
Western Regional Office

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CONCEPCION I. VEGA,<br><br>　　　Petitioner,<br><br>　　v.<br><br>SCHELIA A. CLARK, Warden,<br><br>　　　Respondent. | No. 07-CV-4029-JF<br><br>STIPULATION AND [PROPOSED ORDER] TO DISMISS THIS CASE AS MOOT |

Stipulation and [Proposed Order] to Dismiss This Case Moot
07-CV-4029-JF                                1

The Respondent, Schelia A. Clark, by and through her counsel, and pro se Petitioner, Concepcion I. Vega, hereby stipulate as follows:

1. That this case should be dismissed as moot as petitioner Vega was released from Bureau of Prisons custody on January 8, 2008.

IT IS SO STIPULATED.

DATED: 3/14/08            BY: _____
                              CONCEPCION I. VEGA
                              *Pro Se Petitioner*

DATED: 3/10/08            BY: _____
                              DENNIS M. WONG
                              Special Assistant U.S. Attorney
                              Attorney for the Respondent

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 4/8/08             BY: _____
                              JEREMY FOGEL
                              United States District Judge

Stipulation and [Proposed Order] to Dismiss This Case Moot
07-CV-4029-JF                                    2